IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Womack, Stephanie R | Case Number: 06 B 07169 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 4/1/08 | Filed: 6/19/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: March 12, 2008
Confirmed: August 22, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 52,049.76 | |
| Secured: | | 3,460.28 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,274.00 |
| Trustee Fee: | | 360.72 |
| Other Funds: | | 44,954.76 |
| Totals: | 52,049.76 | 52,049.76 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,274.00 | 3,274.00 |
| 2. | PHH Mortgage Services F/K/A Cendant Mtg | Secured | 0.00 | 0.00 |
| 3. | PHH Mortgage Services F/K/A Cendant Mtg | Secured | 12,204.16 | 3,460.28 |
| 4. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 5. | Sallie Mae | Unsecured | | No Claim Filed |
| 6. | HSBC | Unsecured | | No Claim Filed |
| 7. | A D P Federal Credit Union | Unsecured | | No Claim Filed |
| 8. | Money Control | Unsecured | | No Claim Filed |
| 9. | Nipsco Industrial Fed Credit Union | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 15,478.16 | $ 6,734.28 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 179.28 |
| 5.4% | 181.44 |
| | _____ |
| | $ 360.72 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Womack, Stephanie R

Printed:  4/1/08

Case Number:  06 B 07169
Judge:  Goldgar, A. Benjamin
Filed:  6/19/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

